UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                              RE:    Anthony G. Symmes
                                    Docket Number: 2:10CR00200-01
                                  **CONTINUANCE OF JUDGMENT**
                                  **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 3, 2010, to November 19, 2010, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** More time is needed to gather and analyze financial information pertaining to the case.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                    Respectfully submitted,

                                           HUGO ORTIZ
                                 United States Probation Officer

**REVIEWED BY:**    _Jeffrey C. Oestreicher_
                                JEFFREY C. OESTREICHER
                                Supervising United States Probation Officer

**FILED**
JUL 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Dated:    July 20, 2010
              Sacramento, California

Attachment

1

**RE:** **Anthony G. Symmes**
**Docket Number: 2:10CR00200-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
Russell L. Carlberg, United States Attorney's Office
United States Marshal's Office
Christopher H. Wing, Defense Counsel
Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**

7/21/10

**Date**

___ **Disapproved**

2

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00200-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Anthony G. Symmes | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/19/2010, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 11/12/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/05/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/29/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/22/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/08/2010 |