IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR. NO. S-10-0405 JAM |
| CARLOS CHAMORRO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-10-0200 EJG |
| v. | |
| ANTHONY G. SYMMES | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-08-0376 EJG |
| v. | |
| GARRET GRIFFITH GILILLAND III, and NICOLE MAGPUSAO, et al., | <u>RELATED CASE ORDER</u> |
| Defendants. | |

1

1    Examination of the above-entitled actions reveals that they
2 are related within the meaning of Eastern District Local Rule 83-
3 123.  The actions arise out of the same law enforcement
4 investigation and involve the same transactions, property and
5 witnesses.  Accordingly, the assignment of the matters to the
6 same judge is likely to effect a substantial saving of judicial
7 effort and is also likely to be convenient for the parties.
8    The parties should be aware that relating the cases under
9 Local Rule 83-123 merely has the result that the actions are
10 assigned to the same judge; no consolidation is effected.  Under
11 the regular practice of this court related cases are generally
12 assigned to the judge to whom the first filed action was
13 assigned.
14     IT IS THEREFORE ORDERED that the action entitled Cr. No. S-
15 10-0405 JAM is hereby reassigned to Judge Edward J. Garcia for
16 all further proceedings.  Henceforth, the caption on documents
17 filed in the reassigned case shall be shown as Cr. No. S-10-0405
18 EJG.
19     IT IS FURTHER ORDERED that an initial appearance/arraignment
20 and hearing for entry of plea in the reassigned case will be held
21 at 10:00 a.m. Friday, October 15, 2010, 2010 before Judge Garcia.
22 ///
23 ///
24 ///
25 ///
26                              2

1  　　IT IS FURTHER ORDERED that the Clerk of the Court make
2  appropriate adjustment in the assignment of criminal cases to
3  compensate for this reassignment.
4  　　IT IS SO ORDERED.
5  　　September 16,2010        /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
6                               UNITED STATES DISTRICT COURT