UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
OCT 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          RE:   **Anthony G. SYMMES**
                Docket Number:  **2:10CR00200-01**
                <u>**REQUEST TO VACATE JUDGMENT AND**</u>
                <u>**SENTENCE/SCHEDULE STATUS DATE**</u>

Your Honor:

Mr. Symmes is scheduled for Judgment and Sentencing on November 19, 2010. However, he is expected to testify in a related case (U.S. v. Gililland et. al.), and his cooperation could be more fully determined after that date. A status conference in the related case is set for December 10, 2010, and a trial could possibly be set at that time.

Per agreement with the government and defense counsel, it is respectfully requested that the Judgment and Sentencing date be vacated, and a status date be set for April 29, 2011, at 10:00 a.m.

It is anticipated that at that time, the parties will request a new Judgment and Sentencing date and disclosure schedule for the presentence report.

Respectfully submitted,

/s/ Hugo Ortiz
**HUGO ORTIZ**
United States Probation Officer

**REVIEWED BY:** /s/ Jeffrey C. Oestreicher
**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:    October 22, 2010
             Sacramento, California

1

RE: Anthony G. Symmes
Docket Number: 2:10CR00200-01
REQUEST TO VACATE JUDGMENT AND
SENTENCE/SCHEDULE STATUS DATE

cc: Clerk, United States District Court
Russell L. Carlberg, Assistant United States Attorney
Christopher H. Wing, Attorney at Law
Probation Office Calendar Clerk

✓ **Approved**

\_\_\_ **Disapproved**

_/s/ Edward J. Garcia_      10/25/10

**EDWARD J. GARCIA**
**Senior United States District Judge**      **Date**