LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
GARRET G. GILILLAND III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARRET G. GILILLAND III,<br>NICOLE MAGPUSAO,<br><br>　　　　Defendants. | Case No. Cr. S-08-376 EJG<br><br>STIPULATION AND<br>ORDER CONTINUING HEARING RE:<br>POTENTIAL ATTORNEY CONFLICT<br><br>Date:　December 10, 2010<br>Time:　10:00 a.m.<br>Judge: Honorable Edward J. Garcia. |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY G. SYMMES,<br><br>　　　　Defendant. | Case No. Cr. S-10-200 EJG<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING RE:<br>POTENTIAL ATTORNEY CONFLICT<br><br>Date:　December 10, 2010<br>Time:　10:00 a.m.<br>Judge: Honorable Edward J. Garcia |

　　　　The United States of America, by and through Assistant United States Attorney Russell L. Carlberg, and defendant Garret G. Gililland III, by and through counsel Scott L. Tedmon; defendant Nicole Magpusao, by and through counsel Krista Hart; and defendant Anthony G. Symmes, by and through counsel Christopher H. Wing, hereby stipulate that the hearing regarding a potential attorney conflict set for Friday, December 10, 2010 at 10:00 a.m., be continued to Friday, December 17, 2010 at 2:00 p.m. before United States District Judge Edward J. Garcia.  Assistant United States Attorney Russell L. Carlberg is unavailable on December 10, 2010 due to a family-related matter and all

- 1 -

parties are agreeable to this continuance.  Deputy Courtroom Clerk Colleen Lydon has confirmed the requested hearing date of December 17, 2010 at 2:00 p.m. is available.  Scott L. Tedmon has been authorized by the government and all defense counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: December 8, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Russell L. Carlberg
                                 RUSSELL L. CARLBERG
                                 Assistant U.S. Attorney

DATED: December 8, 2010          LAW OFFICES OF SCOTT L. TEDMON

                                 /s/ Scott L. Tedmon
                                 SCOTT L. TEDMON
                                 Attorney for Defendant Garret Gililland III

DATED: December 8, 2010          LAW OFFICES OF KRISTA HART

                                 /s/ Krista Hart
                                 KRISTA HART
                                 Attorney for Defendant Nicole Magpusao

DATED: December 8, 2010          LAW OFFICES OF CHRISTOPHER H. WING

                                 /s/ Christopher H. Wing
                                 CHRISTOPHER H. WING
                                 Attorney for Defendant Anthony G. Symmes

## ORDER

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the hearing regarding a potential attorney conflict now scheduled for Friday, December 10, 2010 at 10:00 a.m., is hereby continued to Friday, December 17, 2010 at 2:00 p.m., before the Honorable Edward J. Garcia.

**IT IS SO ORDERED.**

DATED: December 9, 2010          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge