BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY G. SYMMES,<br><br>Defendant. | CR. NO.  S-10-00200 EJG<br><br>STIPULATION AND  ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Symmes is scheduled for status on sentencing on April 29, 2011.  However, he may be called as a witness at the trial of several co-conspirators in the related case of United States v. Gililland, Cr. No. S-08-376 EJG.  As such, the government will not be able to fully determine its sentencing recommendation until after the trial, which is set to begin September 12, 2011.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference regarding sentencing, currently set for April 29, 2011, at 10:00 a.m., be vacated and that the case be re-set for status on sentencing for October 28, 2011, which is currently the status date set for several cooperating co-defendants.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

1

BENJAMIN B. WAGNER
United States Attorney

Date: 4/25/11                    /s/ Russell L. Carlberg
                                 By: RUSSELL L. CARLBERG
                                 Assistant United States Attorney


Date: 4/25/11                    /s/ Richard Pachter*
                                 RICHARD PACHTER
                                 Attorney for Defendant Anthony G. Symmes

## ORDER

For the reasons stated above, the Court **vacates** the status date in this case of April 29, 2011. The Court **re-sets** the matter for a status conference on sentencing for October 28, 2011, at 10 a.m..

IT IS SO ORDERED April 25, 2011

                                  /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

*Signed with permission.