## LAW OFFICES OF RICHARD PACHTER

**TO:** HONORABLE EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT JUDGE
**FROM:** RICHARD PACHTER
**SUBJECT:** ANTHONY G. SYMMES, #2:10CR002000-01
**DATE:** JULY 25, 2011

*Memo & Order*

    Per agreement with Assistant United States Attorney Russell L. Carlberg and United States Probation Officer Hugo Ortiz, it is respectfully requested that the Status Conference re Sentencing currently scheduled for October 28, 2011 in the above matter be converted to the Sentencing Date.

    Attached is a Schedule for Disclosure provided by United States Probation Officer Hugo Ortiz in accord with this proposed change.

  cc: Russell L. Carlberg, United States Attorney's Office
      Hugo Ortiz, United States Probation Office

✓ Approved

_____  7/26/11
EDWARD J. GARCIA         Date
Senior U.S. District Judge

_____ Disapproved

**FILED**
JUL 26 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: **2:10CR00200-01** |
| **Plaintiff,** | **SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT** |
| **vs.** | |
| **Anthony G. Symmes** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/28/2011, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 10/21/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/14/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/07/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 09/30/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 09/16/2011 |