UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



**FILED**
SEP 2 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   Anthony G. Symmes
      Docket Number:   2:10CR00200-01
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 28, 2011, to November 18, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demands, the probation officer needs more time to complete the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Hugo Ortiz
**HUGO ORTIZ**
**Supervising United States Probation Officer**

Dated:   September 19, 2011
         Sacramento, California

Attachment

RE: **Anthony G. Symmes**
   **Docket Number:  2:10CR00200-01**
   **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
    Russell L. Carlberg, United States Attorney's Office
    United States Marshals Service
    Richard Pachter, Defense Counsel
    Probation Office calendar clerk

✓  **Approved**

_____        9/20/11
**EDWARD J. GARCIA**
**Senior United States District Judge**        **Date**

___  **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00200-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Anthony G. Symmes | |
| Defendant. / | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 11/18/2011, 10:00 a.m |
| Reply, or Statement of Non-Opposition: | 11/10/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/04/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/28/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/21/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/07/2011 |