LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 485-1617
Facsimile:  (916) 37-7838
richard@pachterlaw.com  (e-mail)

Attorney for Defendant ANTHONY G. SYMMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0200 WBS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TERMINATING SUPERVISED RELEASE |
| v. | |
| ANTHONY G. SYMMES | |
| Defendant. | |

Defendant Anthony G. Symmes' Motion For Early Termination Of Supervised Release came on for hearing before the Court on January 25, 2016. Having considered the papers and pleading on file, the arguments of Counsel, the position of the United States Probation Office and the applicable law:

IT IS ORDERED THAT Defendant Anthony G. Symmes' supervised release is hereby terminated immediately pursuant to 18 U.S.C. §3583(e)(1).

Dated:  January 25, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE